UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASMAR, *et al.*,<br><br>           Plaintiffs,<br><br>           v.<br><br>BNSF RAILWAY COMPANY, *et al.*,<br><br>           Defendants. | Case No. 1:19-cv-01810-JDP<br><br>ORDER GRANTING THE PARTIES' STIPULATED REQUEST FOR A PROTECTIVE ORDER<br><br>ECF No. 10 |

The parties in this case have proposed, and stipulated to, a protective order. ECF No. 10. The parties' proposed protective order is adopted.

IT IS SO ORDERED.

Dated:   January 25, 2020                                _____
                                                                UNITED STATES MAGISTRATE JUDGE

No. 205.