UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASMAR, *et al.*, | Case No. 1:19-cv-01810-JDP |
| Plaintiffs, | ORDER ON STIPULATION FOR ORDER TO CALIFORNIA HIGHWAY PATROL FOR RELEASE OF REPORTS PHOTOGRAPHS AND VIDEO RECORDINGS UNDER CAL. CODE CIV. PROC. § 129(a)(2) |
| v. | |
| BNSF RAILWAY COMPANY, *et al.*, | |
| Defendants. | ECF No. 13 |

The court, having considered the stipulation of the parties, and pursuant to California Code of Civil Procedure § 129(a)(2), orders that the California Highway Patrol release/produce any and all reports, photographs and video records created, taken, and/or secured in connection with its investigation of the death of Hana Asmar on January 10, 2019, Report No. 0182011019, which incident is the subject of the above-captioned action. Said disclosure shall be subject to the following terms and requirements:

1. Confidential material including photographs of a deceased person shall be used solely in connection with this litigation and the preparation and trial of this case, or any related appellate proceeding, and not for any other purpose including any internet or media disclosure.

2. Confidential material may be disclosed only to the following persons:

    (a) Counsel for any party to this action;

(b) Paralegal and secretarial personnel employed by counsel for any party;

(c) Court reporters and court reporting staff engaged to transcribe depositions regarding this action;

(d) Experts or consultants retained in connection with this action who agree to abide by this protective order.

IT IS SO ORDERED.

Dated:   April 20, 2020                                    _____
                                                                    UNITED STATES MAGISTRATE JUDGE

No. 205.